# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**MALIBU MEDIA, LLC,**
**Plaintiff,**

**v.**                                                                    **Case No.  13-CV-01106**

**JOHN DOE,**
**Defendant.**

---

## ORDER

**IT IS ORDERED** that plaintiff's motion for leave to serve a third-party subpoena prior to a Rule 26(f) conference is **GRANTED**. The plaintiff may serve a subpoena on the defendant's internet service provider for the purpose of identifying the true name, address, telephone number and email address of the defendant.

Dated at Milwaukee, Wisconsin, this 16th day of October 2013.

s/ Lynn Adelman

LYNN ADELMAN
District Judge